## Fourth Department, January, 1911.

William D. Eichmeyer, as Administrator, etc., of Lena S. Eichmeyer, Deceased, Respondent, v. Alice E. Randall, Appellant, Impleaded with Mary A. Spencer. — Judgment and order affirmed, with costs. All concurred.

Bertha Malke, as Administratrix, etc., of Edward W. Malke, Deceased, Respondent, v. Pioneer Steamship Company and Hand & Johnson Tug Line, Appellants.— Judgment and orders affirmed, with costs. All concurred.

William H. Van Alstine, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event upon the ground that the finding of the jury that the plaintiff was free from contributory negligence is contrary to and against the weight of the evidence. All concurred, except McLennan, P. J., and Kruse, J., who dissented and voted for affirmance.

Weston Rouse, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Hobert L. Romig, Appellant, v. Charles L. Sheldon, Individually and as Administrator, etc., of Charles L. Sheldon, Jr., Deceased, Respondent.— Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

William Pelo and Sarah Pelo, Appellants, v. Frederick C. Stevens, as Superintendent of Public Works of the State of New York, and Others, Respondents. — Judgment affirmed, with costs. All concurred.

William Helms, Through Andrew Helms, His Guardian ad Litem, Respondent, v. Breroha Paper Box Company, Appellant.— Judgment and order affirmed, with costs. All concurred.